0027-63-EPIEXX-00318703-1172038

# UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF NEW YORK

In re: STEPHEN L LEWIS

Case No.: 1220834

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

George M. Reiber, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/10/2012.
2) The plan was confirmed on 09/24/2012.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.
5) The case was dismissed on 11/04/2013.
6) Number of months from filing or conversion to last payment: 11.
7) Number of months case was pending: 19.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 6,445.00.
10) Amount of unsecured claims discharged without full payment: .00.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor: | $1,992.94 |
| Less amount refunded to debtor: | $.00 |
| **NET RECEIPTS:** | **$1,992.94** |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through The Plan: | $1,880.35 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $107.59 |
| Other: | $.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$1,987.94** |
| Attorney fees paid and disclosed by debtor: | $294.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| AARGON AGENCY AS AGENT FOR | Unsecured | 946.33 | 360.00 | 360.00 | .00 | .00 |
| AARGON AGENCY AS AGENT FOR | Unsecured | NA | 374.85 | 374.85 | .00 | .00 |
| ACCOUNTS RECEIVABLE MGMT. INC | Unsecured | NA | NA | NA | .00 | .00 |
| AFNI | Unsecured | NA | NA | NA | .00 | .00 |
| AMERICAN INFOSOURCE AS AGENT FC | Unsecured | NA | 1,386.66 | 1,386.66 | .00 | .00 |
| AMERICAN INFOSOURCE LP AGENT FC | Unsecured | NA | 109.55 | 109.55 | .00 | .00 |
| BENNETT LAW | Unsecured | NA | NA | NA | .00 | .00 |
| BYL SERVICES | Unsecured | NA | NA | NA | .00 | .00 |
| CBCS 70 | Unsecured | NA | NA | NA | .00 | .00 |
| CENTER FOR UROLOGY | Unsecured | 6.00 | NA | NA | .00 | .00 |
| CHASE AUTO FINANCE | Unsecured | 6,307.35 | NA | NA | .00 | .00 |
| CHASE MANHATTAN BANK USA | Unsecured | NA | NA | NA | .00 | .00 |
| CITIZENS BANK (FKA CHARTER ONE) | Unsecured | 769.75 | NA | NA | .00 | .00 |
| CITY OF ROCHESTER | Secured | 4,032.00 | 4,032.03 | 4,032.03 | .00 | .00 |
| CITY OF ROCHESTER | Secured | 200.38 | 340.74 | 340.74 | .00 | .00 |

0027-63-EPIEXX-00318703-1172038

# UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re: STEPHEN L LEWIS                              Case No.: 1220834

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CITY OF ROCHESTER | Unsecured | 595.00 | 715.00 | 715.00 | .00 | .00 |
| CITY OF ROCHESTER TAX DEPT. | Unsecured | NA | NA | NA | .00 | .00 |
| CONVERGENT OUTSOURCING | Unsecured | NA | NA | NA | .00 | .00 |
| CREDIT ACCEPTANCE | Unsecured | NA | NA | NA | .00 | .00 |
| CREDIT ACCEPTANCE CORP | Secured | 8,000.00 | 10,051.93 | 10,051.93 | .00 | .00 |
| DAVID BOURNE | Secured | 40,000.00 | NA | NA | .00 | .00 |
| DEBT RECOVERY SOLUTIONS | Unsecured | NA | NA | NA | .00 | .00 |
| DIRECTV | Unsecured | 1,106.74 | NA | NA | .00 | .00 |
| DIVERSIFIED DENTAL SERV | Unsecured | 194.99 | NA | NA | .00 | .00 |
| E R SOLUTIONS INC | Unsecured | NA | NA | NA | .00 | .00 |
| EAST COAST RESORTS OF AMERICA | Unsecured | 3,495.00 | NA | NA | .00 | .00 |
| EOS CCA | Unsecured | NA | NA | NA | .00 | .00 |
| FRONTIER TELEPHONE | Unsecured | 72.00 | NA | NA | .00 | .00 |
| FRONTIER TELEPHONE OF ROCH | Unsecured | NA | NA | NA | .00 | .00 |
| GEORGE REIBER | Other | 5.00 | 5.00 | 5.00 | 5.00 | .00 |
| GREATER ROCHESTER DIGESTIVE | Unsecured | 60.00 | NA | NA | .00 | .00 |
| HSBC BANK | Unsecured | 713.88 | NA | NA | .00 | .00 |
| HSBC MORTGAGE CORP | Unsecured | NA | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Priority | 1,300.00 | 4,578.04 | 1,191.63 | .00 | .00 |
| INTERNAL REVENUE SERVICE | Unsecured | 3,200.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 3,386.41 | 3,386.41 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEMS, INC. | Unsecured | NA | NA | NA | .00 | .00 |
| JPMORGAN CHASE BANK, N.A. | Unsecured | 566.45 | 5,524.57 | 5,524.57 | .00 | .00 |
| LIFETIME HEALTH MEDICAL GROUP | Unsecured | 85.00 | 90.00 | 90.00 | .00 | .00 |
| LR CREDIT / SEARS | Unsecured | 2,394.72 | 2,453.97 | 2,453.97 | .00 | .00 |
| LVNV FUNDING | Unsecured | NA | NA | NA | .00 | .00 |
| MEL HARRIS & ASSOCIATES | Unsecured | NA | NA | NA | .00 | .00 |
| MELVIN & MELVIN | Unsecured | NA | NA | NA | .00 | .00 |
| MERCANTILE ADJUSTMENT BUREAU | Unsecured | NA | NA | NA | .00 | .00 |
| METRO FOOTCARE ASSOCIATES LLP | Unsecured | 60.00 | 50.00 | 50.00 | .00 | .00 |
| MICROSOFT | Unsecured | 21.95 | NA | NA | .00 | .00 |
| MIDLAND CREDIT MANAGEMENT | Unsecured | 1,312.60 | 1,623.14 | 1,623.14 | .00 | .00 |
| MIDLAND CREDIT MANAGEMENT | Unsecured | 1,632.66 | 1,632.66 | 1,632.66 | .00 | .00 |
| MONROE COUNTY TREASURER | Secured | 1,888.15 | 1,887.15 | 1,887.15 | .00 | .00 |
| NCO FINANCIAL | Unsecured | NA | NA | NA | .00 | .00 |
| NORTH SHORE AGENCY N38-52 | Unsecured | NA | NA | NA | .00 | .00 |
| NORTHLAND GROUP INC | Unsecured | NA | NA | NA | .00 | .00 |
| NYS DEPT OF TAX & FINANCE | Priority | NA | 824.30 | 83.90 | .00 | .00 |
| NYS DEPT OF TAX & FINANCE | Unsecured | NA | 740.40 | 740.40 | .00 | .00 |
| NYS TAXATION DEPT | Priority | 300.00 | NA | NA | .00 | .00 |
| NYS TAXATION DEPT | Secured | 377.25 | NA | NA | .00 | .00 |
| PAYMENT CENTER | Unsecured | 7,618.09 | 6,658.41 | 6,658.41 | .00 | .00 |

0027-63-EPIEXX-00318703-1172038

# UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF NEW YORK

In re: STEPHEN L LEWIS      Case No.: 1220834

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| PAYMENT CENTER | Unsecured | NA | NA | NA | .00 | .00 |
| PINNACLE FINANCIAL GROUP INC | Unsecured | NA | NA | NA | .00 | .00 |
| PIONEER CREDIT RECOVERY | Unsecured | NA | NA | NA | .00 | .00 |
| RJM ACQUISITIONS FUNDING | Unsecured | NA | NA | NA | .00 | .00 |
| ROCHESTER GAS & ELECTRIC | Unsecured | 1,304.44 | NA | NA | .00 | .00 |
| ROCHESTER GENERAL HEALTH SYSTE | Unsecured | 20.00 | 232.76 | 232.76 | .00 | .00 |
| SPRINT NEXTEL | Unsecured | 777.07 | 491.67 | 491.67 | .00 | .00 |
| STOKES VISCA & CO | Unsecured | 350.00 | NA | NA | .00 | .00 |
| STRONG MEMORIAL HOSPITAL SP | Unsecured | 50.00 | NA | NA | .00 | .00 |
| THE BOURASSA LAW GROUP LLC | Unsecured | 374.85 | NA | NA | .00 | .00 |
| U S ATTORNEY FOR IRS | Unsecured | NA | NA | NA | .00 | .00 |
| US ATTORNEY'S OFFICE | Unsecured | NA | NA | NA | .00 | .00 |
| US ATTORNEY'S OFFICE | Unsecured | NA | NA | NA | .00 | .00 |
| VINCENT D CHANG, MD | Unsecured | 20.00 | NA | NA | .00 | .00 |
| WESTFALL SURGERY CENTER | Unsecured | 60.00 | NA | NA | .00 | .00 |
| WILLIAM Y CHEY, MD | Unsecured | 45.00 | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | .00 | .00 | .00 |
| Debt Secured by Vehicle: | 10,051.93 | .00 | .00 |
| All Other Secured: | 6,259.92 | .00 | .00 |
| **TOTAL SECURED:** | 16,311.85 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | 1,275.53 | .00 | .00 |
| **TOTAL PRIORITY:** | 1,275.53 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 25,835.05 | 5.00 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $1,987.94 |
| Disbursements to Creditors: | $5.00 |
| **TOTAL DISBURSEMENTS:** | $1,992.94 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 12/20/2013      By: /s/George M. Reiber
                                                      Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.